DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL ALTON,

Appellant,

v.

PEAK CONTRACTORS, INC.,

Appellee.

No. 2D2025-0435

_____

March 27, 2026

Appeal from the Circuit Court for Pinellas County; Thomas M.
Ramsberger, Judge.

Craig L. Berman of Berman Law Firm, P.A., St. Petersburg, for Appellant.

Landis V. Curry III (withdrew after briefing), Ceci Culpepper Berman, and
Joseph T. Eagleton of Brannock Berman & Seider, Tampa; and Ty G.
Thompson and Robert C. Graham, Jr. of Paskert Divers Thompson,
Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.